UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CASE NO. 6:22-cr-177-CEM-LHP
　　　　　　　　　　　　　　　　18 U.S.C. § 2252A(a)(1)
JOHN WATSON DRAPER IV　　　　18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 29, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOHN WATSON DRAPER IV,

did knowingly transport, and aid and abet the transportation of, child pornography, that is, the child pornography in the computer file whose title ends "1970-01-01 04.00.00.mp4," using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(1), 2252A(b)(1), and 2.

## COUNT TWO

On or about January 29, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOHN WATSON DRAPER IV,

did knowingly transport, and aid and abet the transportation of, child pornography, that is, the child pornography in the computer file whose title ends "2019-01-19 09.09.41.mp4," using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(1), 2252A(b)(1), and 2.

## COUNT THREE

On or about January 29, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOHN WATSON DRAPER IV,

did knowingly transport, and aid and abet the transportation of, child pornography, that is, the child pornography in the computer file whose title ends "2017-10-09 10.28.41.mp4," using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(1), 2252A(b)(1), and 2.

## COUNT FOUR

On or about January 29, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOHN WATSON DRAPER IV,

did knowingly transport, and aid and abet the transportation of, child pornography, that is, the child pornography in the computer file whose title ends "1970-01-01 03.00.00.mp4," using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(1), 2252A(b)(1), and 2.

## COUNT FIVE

On or about April 6, 2022, in the Middle District of Florida, and elsewhere, the defendant,

JOHN WATSON DRAPER IV,

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. §§ 2252A(a)(2) or 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received in violation of chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: Apple iPhone 13 Pro Max (IMEI 3586492657828014, serial number V19CKVFN9W), seized from the defendant on or about April 5, 2022, and which was used to commit the charged offenses.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

███████████████
_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Emily C. L. Chang
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

5

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOHN WATSON DRAPER IV

## INDICTMENT

Violations:

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(5)(B)



_____
Foreperson

Filed in open court this 19th day of October, 2022.

_____
Clerk

Bail  $_____

GPO 863 525